```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------X
JOHN CIRASUOLO                 :    Docket No. 305CV0615;
                               :    3:01 CR 85 (SRU)
        v.                     :
                               :    NOTICE OF MOTION FOR
                               :    APPOINTMENT OF COUNSEL
                               :    PURSUANT TO CJA AND TO
UNITED STATES                  :    WAIVE LOCAL RULE 83.1
-----------------------X
```

FILED
2005 APR 28 A 11:58
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Please take notice that, upon the annexed declaration of Jane Simkin Smith, Esq., John Cirasuolo moves, as soon as possible, for the appointment of Ms. Smith as counsel pursuant to the Criminal Justice Act, and for the Court to waive the requirements of Local Rule 83.1, and for such other relief as is warranted.

Respectfully submitted,

*/s/ Jane Simkin Smith*

Jane Simkin Smith
Attorney for John Cirasuolo

Dated: April 26, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------X
JOHN CIRASUOLO                :   Docket No. 3:05CV0615
                              :   3:01 CR 85 (SRU)
        v.                    :   DECLARATION IN
                              :   SUPPORT OF MOTION TO BE
                              :   APPOINTED COUNSEL AND TO
UNITED STATES                 :   WAIVE LOCAL RULE 83.1
----------------X

FILED
2005 APR 28 A 11:58
U.S. DISTRICT COURT
BRIDGEPORT

   JANE SIMKIN SMITH, an attorney admitted to practice law in the Courts of New York State, under penalty of perjury hereby declares:

   1.  On April 13, 2005, I filed a motion under 28 U.S.C. section 2255, on behalf of John Cirasuolo.

   2.  I received notice, dated April 18, 2005 (a copy of which is attached), that the motion had been received and filed, and also advising of the requirements of Local Rule 83.1 and that further filings would not be accepted without compliance with Local Rule 83.1.

   3.  I submit this declaration in support of a motion to be appointed counsel pursuant to the Criminal Justice Act, and for the Court to waive the requirements under Local Rule 83.1.

   4. I was appointed counsel by the Second Circuit Court of Appeals pursuant to the Criminal Justice in connection with Mr. Cirasuolo's appeal of his conviction to that Court.

   5. The appeal – which raised an ineffective assistance of counsel claim -- was dismissed, however, on the Government's motion.  The Court of Appeals dismissed "without prejudice to

appellant raising that contention in the district court on a motion pursuant to 28 U.S.C. § 2255."

6. I understood that I had been appointed to represent Mr. Cirasuolo only in connection with the direct appeal. Nevertheless, I advised Mr. Cirasuolo that, if he wished, I would continue representing him so that he could have his ineffective assistance of counsel claim heard. I understood that Mr. Cirasuolo did not have the funds to retain counsel, and, after he expressed his desire for me to continue, I assisted him without compensation.

7. When I received the "Notice To Counsel Regarding Local rule 83.1", I was in a quandary. To my knowledge, I do not know any members of the bar of the District of Connecticut Court who could sponsor me for admission or who could act as local counsel. I, therefore, made inquiries at the Clerk's Office about how to proceed.

8. I was ultimately referred to Lori Inferrera, Deputy In Charge in New Haven. She advised that I should make this motion to be appointed pursuant to the Criminal Justice Act, and for the court to waive the requirements of Local Rule 83.1.

I did so and urge that the requested relief be granted.

Dated: Millbrook, New York
       April 26, 2005

_____
Jane Simkin Smith

2

**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE

April 18, 2005

## NOTICE TO COUNSEL REGARDING LOCAL RULE 83.1

Re: Cirasuolo v. USA    3:05 cv 615 (SRU)

    The above captioned case has been received and filed in our court. Please be advised that our Local Rule 83.1(c) requires counsel to obtain the appearance of local counsel or be admitted to this bar and maintain a local address. A copy of Local Rule 83.1 is enclosed for your information. We will not accept further filings from your office until you have complied with Local Rule 83.1.

    If you have any questions about this procedure, please contact the Clerk's Office.

KEVIN F. ROWE, Clerk

rev. 1/23/04

CERTIFICATE OF SERVICE

Jane Simkin Smith, an attorney duly admitted to practice law in the courts of New York State, under penalty of perjury, hereby affirms:

On April 26, 2005, I served one true copy of the within Motion For Appointment Of Counsel Pursuant To CJA And To Waive Local Rule 83.1, dated April 26, 2005, in <u>Cirasuolo v. United States</u>, 3:01 CR 85; 305 CV 0615 on the United States Attorney for the District of Connecticut, by mailing the same (via U.S. mail) to Kevin J. O'Conner, U.S. Attorney, District of Connecticut, 915 Lafayette Blvd., Bridgeport, Ct. 06604.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 26, 2005
       Millbrook, New York

                                        _____
                                        Jane Simkin Smith