UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN CIRASUOLO | : | CRIMINAL 3:01cr85 (SRU) |
| vs | : | CIVIL 3:05cv615(SRU) |
| UNITED STATES OF AMERICA | : | |

ORDER TO SHOW CAUSE

Upon the petition of JOHN CIRASUOLO filed on April 14, 2005, it is hereby

ORDERED that the respondents file a response on or before June 30, 2005, showing cause why the relief prayed for in the petition should not be granted and addressing the merits of the petitioner's claims, and it is further

ORDERED that service by the United States Marshal of this order, together with a copy of the petition on respondents' representative, Kevin J. O'Connor, United States attorney, New Haven, CT, on or before May 31, 2005, shall be deemed sufficient service.

SO ORDERED.

Dated at Bridgeport, Connecticut this 18th day of May, 2005.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge