# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2005 JUN -6 P 12: 52

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**APPEARANCE**

CASE NUMBER: 305 CV 0615
3:01 CR 85 (SRU)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: John Cirasuolo

Date _6/2/05_

Connecticut Federal Bar Number _phv 0317_

Telephone Number _845 724 3415_

Fax Number _845 724 3417_

E-mail address _jssmith1@optonline.net_

Signature _Jane Simkin Smith_

Print Clearly or Type Name _Jane Simkin Smith_

Address _P.O. Box 1277_

_Millbrook, N.Y. 12545_

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Raymond F. Miller, AUSA
US Attorney's Office
Connecticut Financial Center
157 Church St.
Floor 23
New Haven, Ct. 06510

Signature _Jane Simkin Smith_

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24