UNITED STATES OF AMERICA

DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.   3:01cr85(SRU) |
| | : |            3:05CV615(SRU) |
| v. | : | |
| | : | |
| **JOHN CIRASUOLO** | : | June 8, 2005 |
| | : | |

**<u>MOTION TO EXTEND TIME FOR THE GOVERNMENT'S RESPONSE</u>**

The Government respectfully requests additional time to respond to the petitioners claim for relief under 28 U.S.C. § 2255.  In support of this motion the Government states the following:

1. On April 20, 2004, the Second Circuit Court of Appeals dismissed the petitioner's appeal, with leave to refile his arguments in the context of a motion for relief under 28 U.S.C. § 2255.

2. On April 14, 2005, the defendant filed his § 2255 petition.

3. On May 18, 2005, this Court ordered that the defendant's petition be served on the Government on or before May 31, 2005.  Further, the Court ordered that the Government file its response by June 30, 2005.

4. In his memorandum, the defendant claims that his sentencing counsel rendered ineffective assistance and

      requests that this Court reduce his sentence.

5. The petition references certain medical reports that were filed under seal, but not provided to the Government.

6. On June 7, 2005, the Government contacted the petitioner's counsel, who agreed to provide the Government with copies of the reports.  The Government seeks to review these reports before filing its response.

Thus, the Government respectfully requests that the Court extend the time permitted for the Government's response by approximately 30 days to **August 1, 2005**.  The petitioner's counsel indicated that she does not object to an extension of time.  This is the Government's first motion for an extension of time.

                          Respectfully submitted,

                          KEVIN J. O'CONNOR
                          UNITED STATES ATTORNEY


                                /s/
                          RAYMOND F. MILLER
                          ASSISTANT UNITED STATES ATTORNEY
                          450 Main Street
                          Hartford, Connecticut  06103
                          Telephone (860) 947-1101
                          Federal Bar No. CT20451

**CERTIFICATION**

    I hereby certify that a copy of the foregoing motion was mailed postage prepaid on June 8, 2005, to Jane Simkin Smith, Esq, PO Box 1277, Millbrook, New York 12545.

                                              /s/
                                  RAYMOND F. MILLER
                                  ASSISTANT UNITED STATES ATTORNEY