FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 AUG -9  A 10: 44

---------------X
JOHN CIRASUOLO                  :  Docket No. 305CV0615(SRU) U.S. DISTRICT COURT
                                :     3:01 CR 85 (SRU)    BRIDGEPORT, CONN
                                :
        v.                      :  MOTION AND
                                :  DECLARATION IN
                                :  SUPPORT OF MOTION
                                :  TO EXTEND TIME
UNITED STATES                   :
----------------X

    JANE SIMKIN SMITH, an attorney admitted to practice law in the Courts of New York State, respectfully requests an extension of time, to September 12, 2005, to file a reply in the above-entitled matter, and in support of this request, under penalty of perjury hereby declares:

1. I am counsel to John Cirasuolo in connection with the above-entitled claim for relief under 28 U.S.C. § 2255.

2. Mr. Cirasuolo filed the motion on April 14, 2005.

3. On May 18, 2005, this Court ordered that the petition be served on the Government on or before May 31, 2005, and that the Government file its response by June 30, 2005.

4. The Government was granted a 30 day extension, to August 1, 2005, to file its response.

5. Petitioner requests a 30-day extension to the 10 days provided for reply, to September 12, 2005, to file his reply.

6. The extension is needed because of the difficulty of communicating with Mr. Cirasuolo, who is incarcerated at the Butner Federal Correctional Institution in Butner, North Carolina, where he is receiving medical treatment for his psychiatric condition.

7. I have attempted to obtain the consent of AUSA Raymond Miller to this request, but I have not yet been able to reach him.

8. Petitioner has not made a previous request for similar relief.

Wherefore, petitioner respectfully requests that the Court extend the time permitted for his reply by approximately 30 days to September 12, 2005.

Respectfully submitted August 8, 2005,

*Jane Simkin Smith*

Jane Simkin Smith
P.O. Box 1277
Millbrook, New York 12545
Federal Bar No. phv0317
Telephone 845-724-3415
Fax 845-724-3417
jssmith1@optonline.net

CERTIFICATE OF SERVICE

Jane Simkin Smith, an attorney duly admitted to practice law in this Court and the courts of New York State, under penalty of perjury, hereby affirms:

On August 8, 2003, I served one true copy of the within Motion for An Extension of Time, dated August 8, 2005, in <u>Cirasuolo v. United States</u>, 3:05CV615, on the United States Attorney for the District of Connecticut, by mailing the same (via U.S. mail) to AUSA Raymond F. Miller, U.S. Attorney's Office, District of Connecticut, 450 Main Street, Hartford, Connecticut, 06103

I declare under penalty of perjury that the foregoing is true and correct.


Dated:   August 8, 2005
         Millbrook, New York

                                        _____
                                        Jane Simkin Smith