UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------- X
JOHN CIRASUOLO                    : Docket No. 305CV0615;
                                  : 3:01 CR 85 (SRU)
           v.                     : MOTION, AND
                                  : DECLARATION IN
                                  : SUPPORT OF MOTION,
                                  : TO ALLOW PETITIONER
                                  : TO FILE ADDITIONAL
UNITED STATES                     : PAPERS
---------------- X

FILED
2005 SEP 13 A 11:42
U.S. DISTRICT COURT
BRIDGEPORT, CONN

JANE SIMKIN SMITH, an attorney admitted to practice law in the Courts of New York State, respectfully requests permission to file on Mr. Cirasuolo's behalf    papers in support of his motion for relief under 28 U.S.C. §2255 on or before October 12, 2005; in support of this request, under penalty of perjury, I hereby declare:

1. I am appointed counsel to John Cirasuolo in connection with the above-entitled claim for relief under 28 U.S.C. § 2255.

2. In early August, I filed, and was granted, a motion for an extension of time (to September 12, 2005) to file a reply to the Government's response.

3. The extension was needed because of the difficulty of communicating with Mr. Cirasuolo, who is incarcerated at the Butner Federal Correctional Institution in Butner, North Carolina, where he is receiving medical treatment for his psychiatric

condition.

4. In a letter dated August 22, 2005, Mr. Cirasuolo advised me that he has been receiving the assistance of a Christian group in connection with this §2255 motion, and that, in addition to the reply papers that I have prepared (and which I am filing herewith), he would like to submit additional material he was in the process of preparing with that group's assistance.

5. Mr. Cirasuolo was hopeful that the material would be mailed by the end of August, but, to date, I have not received it.

Wherefore, petitioner respectfully requests that the Court permit the filing of additional material prepared by petitioner, and extend the time permitted for the reply another 30 days, to October 12, 2005, to allow for this submission.

Respectfully submitted September 10, 2005,

*Jane Simkin Smith*
Jane Simkin Smith
P.O. Box 1277
Millbrook, New York 12545
Federal Bar No. phv0317
Telephone 845-724-3415
Fax 845-724-3417
jssmith1@optonline.net