UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------X
JOHN CIRASUOLO                    : Docket No.305CV0615;
                                  :  3:01 CR 85 (SRU)
                                  :
          v.                      :
                                  : DECLARATION
                                  :
UNITED STATES                     :
------------------------------------------------X

FILED
2005 SEP 13  A 11: 43
U.S. DISTRICT COURT
BRIDGEPORT, CONN

    WAYNE R. KEENEY, an attorney admitted to practice law in the Courts of Connecticut and this Court, under penalty of perjury hereby declares:

1. I represented John Cirasuolo in 2003, in connection with sentencing after he was found guilty of bank robbery in United States v. Cirasuolo, Docket No. 3:01cr85.

2. I understand that he has filed a motion pursuant to 28 U.S.C.§ 2255, claiming that he did not receive the effective assistance of counsel at sentencing because I failed to argue for a downward departure under U.S.S.G. § 4A1.3(b).

3. I also understand that, in its response, the Government argues, "The record shows that the defendant's sentencing counsel made a strategic determination not to pursue a downward departure on the basis of defendant's criminal history."

4. I was not contacted by the Government, and was not asked by a Government agent whether my failure to seek a downward departure under U.S.S.G. § 4A1.3 was the result of a deliberate strategy. It was not.

5. I did not make a conscious, informed decision not to argue for a downward departure under U.S.S.G. § 4A1.3; I just did not think of the argument.

6. I did not reject the argument in favor of other arguments that I perceived to be stronger. In fact, my strategy was to put forth as many different bases for

departure as were warranted so that I could argue (as set forth in the Memorandum In Aid of Sentencing that I submitted) not only that each separate factor standing alone was sufficient for the Court to depart from the Guidelines, but also that "the cumulative effect of these factors should be considered as a basis for departure under section 5K2.0."

August 20, 2005

                              Respectfully submitted,

Wayne R. Keeney, Esq.
1187 Broad Street # B
Bridgeport, Ct. 06604
(203) 335-2080
(203) 335-0607
Federal Bar # 16525