CERTIFICATE OF SERVICE

Jane Simkin Smith, an attorney duly admitted to practice law in this Court and the courts of New York State, under penalty of perjury, hereby affirms:

On September 10, 2005, I served one true copy of the within Motion for Permission To File Additional Papers on or before October 12, 2005, dated September 10, 2005, as well as one true copy of the within Reply In Further Support of Petitioner's Motion To Vacate And Set Aside The Sentence and attached declaration and exhibit, in <u>Cirasuolo v. United States</u>, 3:05CV615, on the United States Attorney for the District of Connecticut, by mailing the same (via U.S. mail) to AUSA Raymond F. Miller, U.S. Attorney's Office, District of Connecticut, 157 Church St. Floor 23, New Haven, Connecticut, 06510

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 10, 2005
       Millbrook, New York

                                               */s/ Jane Simkin Smith*
                                               Jane Simkin Smith