```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT                         FILED
- - - - - - - - - - - - - - - - X
JOHN CIRASUOLO                    :  Docket No. 2005 OCT 6 b ;P 2: 49
                                  :    3:01 CR 85 (SRU)
                                  :         U.S. DISTRICT COURT
          v.                      :         BRIDGEPORT, CONN
                                  :    DECLARATION IN
                                  :    SUPPORT OF PETITION
                                  :
UNITED STATES                     :
- - - - - - - - - - - - - - - - -X
```

    JANE SIMKIN SMITH, an attorney admitted to practice law in the Courts of New York State, under penalty of perjury hereby declares:

    1.    I am counsel to John Cirasuolo in connection with the above-entitled claim for relief under 28 U.S.C. § 2255.

    2.    On September 19, 2005, this Court granted Mr. Cirasuolo's motion for leave to file additional papers in addition to those prepared by counsel in support of his petition for relief pursuant to 28 U.S.C. §2255, and for permission to extend the time for filing these papers until October 12, 2005.

    3.    Attached hereto is the additional submission. It consists of six categories of documents in the following order: (1)

Affidavit of Mr. Cirasuolo and Letter prepared by Mr. Cirasuolo with the assistance of Raymond Peracciny, dated August 25, 2005, setting forth factual contentions and legal arguments; (2) copies of correspondence between Mr. Cirasuolo and trial counsel Roger Sigal, and related material; (3) copies of material related to correspondence between Mr. Cirasuolo and sentencing counsel Wayne Keeney; (4) copies of post-sentencing letters to counsel from Mr. Cirasuolo; (5) information relating to Mr. Cirasuolo's daughter Jennie; and (6) references to various legal authority.

Respectfully submitted October 10, 2005,

*[signature]*

Jane Simkin Smith
P.O. Box 1277
Millbrook, New York 12545
Federal Bar No. phv0317
Telephone 845-724-3415
Fax 845-724-3417
jssmith1@optonline.net