AFFIDAVIT

I John A. Cirasuolo do hereby certify and affirm under the penalty of perjury, pursuant to Title 28 USC § 1746. That all of the facts, allegations, and information contained in the attached document Supplemental 2255 Brief to petition Are true and correct to the best of my knowledge and belief.

Further the Affiant saith naught

Respectfully Submitted

*John A. Cirasuolo*

John A. Cirasuolo

Certificate of Service

I John A. Cirasuolo do hereby certify that I have served a true and correct copy of the attached document _____ upon the _____ in this case. On this _____ day of _____ By placing it in the prison legal mail box, with U.S. Postage first class prepaid affixed to their place of business, address listed below.

_____
_____
_____
_____

Respectfully Submitted

*John A. Cirasuolo*

John A. Cirasuolo