UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

UNITED STATES OF AMERICA,

        -against-

JOHN CIRASUOLO,                                    3:01 CR-85 (SRU)

        Defendant

---

## ATTACHMENTS TO SENTENCING MEMORANDUM

State of Connecticut, Dept. of Children and Families
    Notification To Parent(s)/Guardian Change of Placement, 12/5/05............1

Prison Programs
    Transcripts, Certificates of Completion and Achievement, Treatment Plan...2-14

U.S. Sentencing Commission Data.................................................................15-25

Materials Related to Florida Detainer...............................................................26-51

DCF-2030
03/94 (Rev.)

State of Connecticut
Department of Children and Families

## NOTIFICATION TO PARENT(S)/GUARDIAN
## CHANGE IN PLACEMENT

12/5/05
_____
Date

MR. John Cirasuolo #41166-014
Butner C.I.
PO BOX 1000
Butner, N.C. 27509

Jennie Cirasuolo
_____
Name of Child(ren)

Dear MR. Cirasuolo:

The Department of Children and Families is notifying you that the placement of your child(ren) will be/has been changed starting on 12/2/05.

Since this is a change in the Treatment Plan, you have the right to request a Treatment Plan Hearing with the Department by writing to the Commissioner of the Department of Children and Families, 505 Hudson Street, Hartford, Connecticut, 06106-7107.

| Previous Placement | New Placement |
| --- | --- |
| DCF licensed foster home (New Haven) | DCF licensed safe home |
|  |  |

Mr. Cirasuolo—
Please call me so that I can provide you with an update of our daughter's status. Jennie recently disrupted from her placement and is now residing in a temporary placement, until a therapeutic home can be found. She has received the gifts, cards, and letters that you sent, but I am not sure why she hasn't written back. The best time to reach me is the morning hours between 8:30a-11a

_Kasey McArthur_  203-786-0652
Social Worker

**VANCE-GRANVILLE COMMUNITY COLLEGE**
P.O. BOX 917
HENDERSON, NC 27536

# GRADE REPORT

CIRASUOLO, JOHN A
FCI PO BOX 1000
BUTNER, NC 27509

---

| P.O. BOX 917 | | | **VANCE - GRANVILLE COMMUNITY COLLEGE** | | | | HENDERSON, NC 27536 |
|---|---|---|---|---|---|---|---|
| STUDENT NAME | | | STUDENT NO. | MAJOR | TERM | | DATE |
| CIRASUOLO, JOHN A | | | 261798516 | A10300 | 05/01 | | 07/01/05 |
| DEPT. | COURSE NO. | SECT. | DESCRIPTION | GRADE | HOURS ATTEMPTED | HOURS EARNED | GRADE POINTS |
| ENG | 080 | F10 | WRITING FOUNDATIONS | RR | 4.0 | | |
| MAT | 060 | F10 | ESSENTIAL MATHEMATICS | C | 4.0 | 4.0 | 8.0 |

GRADE REPORT

| SUMMARY | CREDIT HOURS ATTEMPTED | CREDIT HOURS EARNED | QUALITY POINTS | AVERAGE |
|---|---|---|---|---|
| PREVIOUS TOTAL | 0 | 0 | 0 | 0 |
| TERM TOTAL | 4.0 | 4.0 | 8.0 | 2.00 |
| CUMULATIVE TOTAL | 4.0 | 4.0 | 8.0 | 2.00 |

ADV: JONES, JENNIFER

TO:
CIRASUOLO, JOHN A
FCI PO BOX 1000
BUTNER, NC 27509

```
                  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 JOHN ALEX CIRASUOLO
  Term    Course         Title              Hours      Grade

  2005*01  MAT060   Essential Mathematics     4.0        C
  2005*01  ENG080   Writing Foundations       4.0        PB
```

Do you wish to do another <Y>es or <N>o ?

Case 3:01-cr-00085-SRU    Document 128-2    Filed 06/23/2006    Page 4 of 15

                  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 JOHN ALEX CIRASUOLO
  Term    Course         Title              Hours      Grade

  2005*01  MAT060   Essential Mathematics     4.0        C
  2005*01  ENG080   Writing Foundations       4.0        PB

```
BUT20       *        INMATE EDUCATION DATA        *       14:30:50
PAGE 001                  TRANSCRIPT                                    4

REGISTER NO: 14166-014      NAME..: CIRASUOLO          FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: BUT-BUTNER MED FCI

------------------------------  EDUCATION INFORMATION  ------------------------------
FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
BUT  ESL HAS    ENGLISH PROFICIENT         08-04-2003 1242 CURRENT
BUT  GED HAS    COMPLETED GED OR HS DIPLOMA 04-23-2004 1158 CURRENT

------------------------------  EDUCATION COURSES  ------------------------------
SUB-FACL    DESCRIPTION                     START DATE   STOP DATE  EVNT AC LV  HRS
BUT  GP     CERAMICS M/W/F 9:30-11:00 AM    01-31-2005   CURRENT
BUT  GP     INTRO TO BUS TU/TH 9:30-11:00A  08-18-2005   CURRENT
BUT  GP     PC LIT. MON 7:30-10:30 AM       08-17-2005   CURRENT
BUT  GP     KEYBD. WED 7:30-10:30 AM        08-18-2005   CURRENT
BUT  GP     VG MATH 60 TU/TH 6:00-8:00 PM   01-06-2004   05-10-2005  P   C  P    80
BUT  GP     ACE-ENGLISH;M,W;6-8:30          01-06-2005   05-10-2005  P   C  P    80
THA  CODE   KEYBOARDING I THU 7-8 P         11-17-2003   02-27-2004  P   W  I     4


G0002       MORE PAGES TO FOLLOW . . .
```

DATE: September 20, 2005

REPLY TO   D. E. TAYLOR
ATTN OF:   DRUG TREATMENT SPECIALIST

SUBJECT:   DRUG ABUSE EDUCATION

TO: JOHN CIRASUOLO            #14166-014            VIRGINIA UNIT

You have been identified by your Unit Team as requiring Drug Abuse Education or are volunteering to participate. A Drug Education class will begin on **TUESDAY, September 27, 2005.** This class will meet every Tuesday, from 1:30pm to 3:30pm, in Chapel for approximately SIXTEEN (12) weeks. You will be placed on callout for DAP GRP 120, from **1:30pm to 3:30pm on Tuesday, September 27, 2005** to discuss the details of this class.

REMEMBER THAT YOU WILL BE ON CALLOUT TUESDAY AND OUT
OF BOUNDS IF YOU ARE NOT IN THE CHAPEL AT THE ASSIGNED TIME.

# CERTIFICATE OF COMPLETION

Awarded to

___John Cirasuolo___

For participation in Substance Abuse Awareness and Anger Management educational groups at the Wyatt Detention Facility.

___7/12/02___
Date

___Abridged, M. Garrido___
Maria Garrido, Psy.D.
University of Rhode Island

___Jean Singleton___
Jean Singleton
Programs Director
Wyatt Detention Facility
Central Falls, Rhode Island



Congratulations on the Successful Completion of the Anger Management Program for Phase I of the Habilitation Program

This certificate is awarded to

John Cirasuolo

for his participation and completion of the eight week Anger Management Group

S. Litton, M.A.
Habilitation Clinician

Dr. Boyd, Ph.D.
Habilitation Program Director



# Certificate of Achievement

Awarded to

**John Cirasuolo**

for his successful completion of the

**Stress Management Group**

in the
Habilitation Program
at
FCI Butner
on November 19, 2004

A. R. Boyd, Ph.D.
Habilitation Program Coordinator

# Certificate of Achievement

Awarded to

## John Cirasuolo

for his successful completion of the

### Communication Skills Group

in the
Habilitation Program
at
FCI Butner
February 17, 2005

A. R. Boyd, Ph.D.
Habilitation Program Coordinator

K.S. Litton, M.A.
Psychology Intern

# Certificate of Achievement

Awarded to

## John Cirasuolo

for his successful completion of the

## Positive Communication Skills in Relationships

in the
Habilitation Program
at
FCI Butner
on July 14, 2005

A. R. Boyd, Ph.D.
Habilitation Program Coordinator

M. Radisic, M.A.
Psychology Intern



# Achievement

Awarded to

**John Cirasuolo**

for his successful completion of the

**Habilitation Program**

at

FCI Butner

October 31, 2005

A. R. Boyd, Ph.D.
Habilitation Program Coordinator



**To J. Cirasuolo - "Good luck." From: Langan**

"Mr. Cirasuolo - Good luck and best wishes" – James Kellems

"Best wishes. God bless you. Good luck and safe journey." – Country

"J.C., I have really enjoyed the time we have spent in the program together. I especially enjoyed the 'serious' moments we had complaining about various improprieties we committed, or the conflicts about table space in North Carolina unit. I'm glad we could also work through our differences. I wish you all the very best in the future, most importantly that you will one day be reconciled with your daughter. May God bless you with peace and prosperity." Dieter

"MR. CIRASUOLO, I WISH YOU THE BEST OF LUCK. I HOPE ALL WORKS OUT FOR YOU AND JENNIE, AND THAT WHEREVER YOU GO FROM HERE WILL BE AS YOU MOST WISH IT TO BE. TAKE GOOD CARE." JEFF HANSEN

J. Cirasuolo – "If one advances confidently in the direction of his dreams, and endeavors to live the life which he has imagined, he will meet with a success unexpected in common hours" - Robert Louis Stevenson

**Mr. Cirasuolo– I hope the Habilitation Program has been a beneficial experience for you. I am happy to have had the opportunity to work with you. I wish you a bright future and hope you will be able to be near your daughter and further your relationship with her. Best wishes to you! –Dr. Boyd**

# Certificate of Achievement

*This certifies that*

## JOHN CIRASUOLO

*Has Satisfactorily completed*

## Drug Education

*at FCI Butner, North Carolina*
*Consisting of 40 Hours of Training*

*This certificate is hereby issued January, 2006*

D. E. Taylor, B.S.
Drug Abuse Treatment Specialist

**LIMITED OFFICIAL USE**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 04-28-2006 - Treatment Plan
**Reg Number-Name:** 14166-014 - CIRASUOLO, JOHN    **Unit:** E-A
**Author:** JENNIFER A. BOWE, PsyD, STAFF PSYCH
**Institution:** OTV - OTISVILLE FCI

## Diagnostic Impressions:

**AXIS I:** Mood Disorder NOS
Cocaine Abuse

**AXIS II:** Antisocial personality Disorder

## Treatment Plan:

Problem:

Mr. Cirasuolo has a history of mental health treatment for problems with mood, suicide attempts, auditory hallucinations, impulsiveness, and post traumatic stress. These problems have caused Mr. Cirasuolo difficulty with adjustment in the past.

Goals:

1. Mr. Cirasuolo will demonstrate good coping ability on the compound.

2. Mr. Cirasuolo will experience a reduction in mental health symptoms.

Activities:

1. Mr. Cirasuolo will remain compliant with medications as long as they are prescribed.

2. Mr. Cirasuolo will report to Psychology Services or another staff member if he experiences thoughts of wanting to harm himself.

3. Mr. Cirasuolo will report any difficulties with his medication to his treatment team.

4. Mr. Cirasuolo will attend regular monthly appointments/call outs with Psychology Services and also alert Psychology Services if he feels he is in need of services between call outs.

**LIMITED OFFICIAL USE**