# Table 14

## AVERAGE LENGTH OF IMPRISONMENT FOR OFFENDERS IN EACH CRIMINAL HISTORY CATEGORY BY PRIMARY OFFENSE CATEGORY[1]
### Fiscal Year 2003

| | TOTAL | | | CRIMINAL HISTORY CATEGORY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | I | | | II | | | III | | |
| PRIMARY OFFENSE | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n |
| TOTAL | 56.8 | 33.0 | 57,661 | 41.7 | 24.0 | 24,941 | 49.2 | 30.0 | 6,917 | 54.9 | 34.0 | 9,716 |
| Murder | 246.2 | 180.0 | 78 | 234.3 | 165.5 | 40 | 215.5 | 125.0 | 11 | 267.8 | 235.0 | 13 |
| Manslaughter | 34.8 | 21.0 | 44 | 30.6 | 18.5 | 26 | 18.7 | 18.0 | 9 | 44.3 | 45.0 | 6 |
| Kidnapping/Hostage Taking | 166.2 | 121.0 | 56 | 151.3 | 97.0 | 32 | 198.3 | 146.5 | 8 | 136.9 | 136.5 | 10 |
| Sexual Abuse | 78.6 | 49.5 | 250 | 60.6 | 37.0 | 176 | 99.3 | 81.0 | 24 | 88.1 | 70.0 | 23 |
| Assault | 39.2 | 30.0 | 407 | 28.7 | 23.5 | 138 | 37.1 | 30.0 | 52 | 31.6 | 27.0 | 73 |
| Robbery | 103.0 | 72.0 | 1,497 | 68.0 | 46.0 | 412 | 79.8 | 60.0 | 165 | 77.6 | 63.0 | 251 |
| Arson | 96.2 | 60.0 | 74 | 72.7 | 46.0 | 41 | 90.1 | 60.0 | 11 | 133.3 | 60.0 | 6 |
| Drugs - Trafficking | 80.2 | 60.0 | 23,666 | 55.1 | 37.0 | 12,816 | 79.6 | 62.0 | 2,770 | 93.6 | 70.0 | 3,519 |
| Drugs - Communication Facility | 47.4 | 48.0 | 332 | 38.6 | 45.5 | 140 | 43.2 | 41.0 | 49 | 48.9 | 48.0 | 49 |
| Drugs - Simple Possession | 8.9 | 6.0 | 602 | 5.5 | 5.0 | 455 | 8.7 | 6.0 | 32 | 10.7 | 6.0 | 47 |
| Firearms | 76.0 | 46.0 | 6,159 | 52.0 | 24.0 | 1,113 | 46.3 | 27.0 | 671 | 50.0 | 35.5 | 1,220 |
| Burglary/B&E | 25.4 | 24.0 | 48 | 12.8 | 9.0 | 10 | 19.9 | 18.0 | 8 | 21.5 | 24.0 | 11 |
| Auto Theft | 73.0 | 27.0 | 117 | 32.2 | 18.0 | 41 | 79.6 | 13.0 | 7 | 91.3 | 42.0 | 21 |
| Larceny | 16.8 | 12.0 | 991 | 14.4 | 12.0 | 433 | 13.6 | 9.0 | 126 | 14.6 | 10.0 | 155 |
| Fraud | 20.7 | 15.0 | 4,661 | 19.0 | 12.0 | 2,758 | 17.6 | 12.0 | 488 | 18.3 | 14.0 | 553 |
| Embezzlement | 9.6 | 5.0 | 394 | 9.2 | 5.0 | 350 | 9.3 | 6.0 | 16 | 16.1 | 7.5 | 14 |
| Forgery/Counterfeiting | 17.9 | 15.0 | 824 | 13.2 | 12.0 | 254 | 12.5 | 11.2 | 94 | 15.3 | 15.0 | 152 |
| Bribery | 16.2 | 12.0 | 85 | 15.2 | 12.0 | 68 | -- | -- | 2 | 14.5 | 14.0 | 4 |
| Tax | 18.7 | 12.0 | 269 | 17.1 | 12.0 | 213 | 20.9 | 18.0 | 26 | 27.7 | 21.0 | 18 |
| Money Laundering | 54.7 | 33.0 | 672 | 48.4 | 33.0 | 515 | 50.0 | 35.5 | 62 | 46.6 | 37.0 | 47 |
| Racketeering/Extortion | 77.7 | 46.0 | 741 | 55.0 | 33.0 | 452 | 73.2 | 60.0 | 83 | 97.8 | 60.0 | 91 |
| Gambling/Lottery | 12.9 | 13.3 | 27 | 11.2 | 6.0 | 12 | 11.4 | 14.0 | 7 | 15.0 | 18.0 | 7 |
| Civil Rights | 57.1 | 24.0 | 44 | 57.7 | 21.0 | 30 | 49.0 | 29.0 | 4 | 30.0 | 24.0 | 4 |
| Immigration | 24.5 | 21.0 | 13,483 | 11.1 | 6.6 | 3,220 | 17.0 | 12.0 | 2,014 | 23.2 | 18.0 | 3,156 |
| Pornography/Prostitution | 69.1 | 37.0 | 727 | 63.4 | 33.0 | 570 | 77.3 | 46.0 | 63 | 78.1 | 57.0 | 49 |
| Prison Offenses | 18.1 | 14.0 | 341 | 16.0 | 12.0 | 15 | 22.3 | 10.0 | 3 | 10.0 | 7.0 | 67 |
| Administration of Justice Offenses | 25.0 | 15.1 | 608 | 20.1 | 15.0 | 355 | 18.8 | 16.0 | 65 | 28.1 | 16.0 | 89 |
| Environmental/Wildlife | 13.1 | 6.5 | 34 | 11.3 | 6.0 | 24 | 4.3 | 4.5 | 4 | 17.3 | 24.0 | 3 |
| National Defense | 81.5 | 30.0 | 18 | 81.2 | 30.0 | 13 | -- | -- | 1 | 47.0 | 33.0 | 3 |
| Antitrust | 12.8 | 10.0 | 5 | 7.0 | 7.0 | 4 | -- | -- | 0 | -- | -- | 0 |
| Food & Drug | 43.6 | 13.0 | 21 | 45.8 | 13.0 | 17 | -- | -- | 1 | 44.1 | 24.0 | 3 |
| Other Miscellaneous Offenses | 26.6 | 14.5 | 386 | 19.1 | 12.0 | 198 | 23.1 | 12.0 | 41 | 27.3 | 15.0 | 52 |

[1] Of the 70,258 cases, 10,134 with zero months of prison ordered were excluded. In addition, 2,463 cases were excluded due to one or more of the following reasons: missing primary offense category (571), missing criminal history category (1,830), or missing or indeterminable sentencing information (1,281). The information in this table does not include any time of confinement as defined in USSG §5C1.1. Descriptions of variables used in this table are provided in Appendix A.

## Table 14 (cont.)

| PRIMARY OFFENSE | CRIMINAL HISTORY CATEGORY | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IV | | | V | | | VI (non-career offender) | | | VI (career offender)[2] | | |
| | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n |
| **TOTAL** | **62.5** | **41.0** | **5,999** | **70.3** | **48.0** | **3,544** | **82.1** | **57.0** | **4,732** | **191.5** | **172.0** | **1,812** |
| Murder | 282.5 | 225.0 | 8 | -- | -- | 1 | -- | -- | 2 | 373.3 | 470.0 | 3 |
| Manslaughter | -- | -- | 1 | -- | -- | 1 | -- | -- | 1 | -- | -- | 0 |
| Kidnapping/Hostage Taking | -- | -- | 1 | -- | -- | 1 | 351.0 | 235.0 | 3 | -- | -- | 1 |
| Sexual Abuse | 118.6 | 126.0 | 11 | 152.8 | 135.5 | 10 | 272.5 | 274.0 | 4 | -- | -- | 2 |
| Assault | 42.4 | 36.0 | 41 | 61.9 | 33.0 | 24 | 37.9 | 27.0 | 43 | 80.6 | 66.5 | 36 |
| Robbery | 98.0 | 72.0 | 173 | 150.8 | 87.0 | 107 | 112.3 | 97.0 | 148 | 182.0 | 151.0 | 241 |
| Arson | 52.7 | 60.0 | 3 | 123.0 | 126.0 | 4 | 174.7 | 120.0 | 7 | -- | -- | 2 |
| Drugs - Trafficking | 111.6 | 87.0 | 1,581 | 118.9 | 98.0 | 814 | 139.8 | 120.0 | 860 | 189.8 | 186.5 | 1,306 |
| Drugs - Communication Facility | 54.3 | 48.0 | 31 | 55.6 | 48.0 | 16 | 69.4 | 60.0 | 28 | 68.2 | 48.0 | 19 |
| Drugs - Simple Possession | 22.6 | 6.2 | 30 | 37.9 | 12.0 | 15 | 25.4 | 12.0 | 21 | -- | -- | 2 |
| Firearms | 70.5 | 46.0 | 1,082 | 81.8 | 60.0 | 708 | 115.5 | 92.0 | 1,234 | 314.2 | 248.0 | 131 |
| Burglary/B&E | 31.7 | 30.0 | 6 | 40.6 | 46.0 | 5 | 34.1 | 37.0 | 7 | -- | -- | 1 |
| Auto Theft | 100.2 | 53.0 | 12 | 51.6 | 37.0 | 9 | 80.1 | 40.0 | 23 | 308.5 | 292.0 | 4 |
| Larceny | 14.4 | 12.0 | 93 | 26.3 | 21.0 | 62 | 27.2 | 20.0 | 119 | 65.3 | 77.0 | 3 |
| Fraud | 24.3 | 18.0 | 313 | 29.6 | 23.0 | 187 | 34.2 | 30.0 | 362 | -- | -- | 0 |
| Embezzlement | 10.5 | 9.0 | 6 | 19.7 | 9.0 | 3 | 18.2 | 12.0 | 5 | -- | -- | 0 |
| Forgery/Counterfeiting | 18.8 | 16.0 | 97 | 24.1 | 21.0 | 86 | 28.5 | 27.0 | 141 | -- | -- | 0 |
| Bribery | 16.9 | 17.0 | 8 | -- | -- | 2 | -- | -- | 1 | -- | -- | 0 |
| Tax | 25.3 | 25.0 | 6 | 35.3 | 36.0 | 4 | -- | -- | 2 | -- | -- | 0 |
| Money Laundering | 71.0 | 57.0 | 25 | 346.2 | 70.0 | 9 | 120.2 | 84.0 | 13 | -- | -- | 1 |
| Racketeering/Extortion | 107.1 | 78.0 | 41 | 116.8 | 81.0 | 24 | 201.9 | 147.0 | 34 | 228.5 | 163.0 | 16 |
| Gambling/Lottery | -- | -- | 0 | -- | -- | 0 | -- | -- | 1 | -- | -- | 0 |
| Civil Rights | -- | -- | 2 | -- | -- | 0 | 104.3 | 41.0 | 3 | -- | -- | 1 |
| Immigration | 31.9 | 24.0 | 2,244 | 39.2 | 30.0 | 1,343 | 42.2 | 33.0 | 1,506 | -- | -- | 0 |
| Pornography/Prostitution | 99.4 | 58.5 | 22 | 126.5 | 64.0 | 11 | 154.5 | 90.0 | 12 | -- | -- | 0 |
| Prison Offenses | 15.9 | 12.0 | 83 | 16.2 | 12.0 | 54 | 21.5 | 18.0 | 91 | 37.6 | 37.0 | 28 |
| Administration of Justice Offenses | 47.8 | 21.0 | 44 | 35.8 | 30.0 | 27 | 43.0 | 30.0 | 23 | 53.2 | 48.0 | 5 |
| Environmental/Wildlife | -- | -- | 1 | -- | -- | 0 | -- | -- | 2 | -- | -- | 0 |
| National Defense | -- | -- | 0 | -- | -- | 0 | -- | -- | 1 | -- | -- | 0 |
| Antitrust | -- | -- | 0 | -- | -- | 0 | -- | -- | 1 | -- | -- | 0 |
| Food & Drug | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Other Miscellaneous Offenses | 33.5 | 22.5 | 34 | 29.5 | 21.0 | 17 | 54.1 | 28.0 | 34 | 64.4 | 45.0 | 10 |

[2] Career offender information is based on the recommendation of the probation officer in the PSR, if information from the sentencing court was missing or unavailable. As a result, the number of career offenders represented here is higher than the number reported in Tables 20 and 22.

SOURCE: U.S. Sentencing Commission, 2003 Datafile, USSCFY03.

## Table 23

### OFFENDERS IN EACH GUIDELINE SENTENCING RANGE[1]
### Fiscal Year 2003

| FINAL GUIDELINE RANGE (in months) | Number | Percent | Cumulative Percent |
|---|---|---|---|
| 0-6 | 5,596 | 9.6 | 9.6 |
| 1-7 | 674 | 1.2 | 10.7 |
| 2-8 | 700 | 1.2 | 11.9 |
| 3-9 | 1 | 0.0 | 11.9 |
| 4-10 | 572 | 1.0 | 12.9 |
| 6-12 | 2,571 | 4.4 | 17.3 |
| 8-14 | 899 | 1.5 | 18.8 |
| 9-15 | 82 | 0.1 | 19.0 |
| 10-16 | 2,391 | 4.1 | 23.1 |
| 12-18 | 2,798 | 4.8 | 27.9 |
| 15-21 | 1,978 | 3.4 | 31.2 |
| 18-24 | 2,756 | 4.7 | 36.0 |
| 21-27 | 1,290 | 2.2 | 38.2 |
| 24-30 | 2,508 | 4.3 | 42.5 |
| 27-33 | 1,298 | 2.2 | 44.7 |
| 30-37 | 2,610 | 4.5 | 49.1 |
| 33-41 | 1,097 | 1.9 | 51.0 |
| 37-46 | 3,107 | 5.3 | 56.3 |
| 41-51 | 1,287 | 2.2 | 58.5 |
| 46-57 | 3,436 | 5.9 | 64.4 |
| 51-63 | 1,133 | 1.9 | 66.3 |
| 57-71 | 2,770 | 4.7 | 71.1 |
| 63-78 | 910 | 1.6 | 72.6 |
| 70-87 | 2,705 | 4.6 | 77.3 |
| 77-96 | 884 | 1.5 | 78.8 |
| 78-97 | 518 | 0.9 | 79.7 |
| 84-105 | 452 | 0.8 | 80.4 |
| 87-108 | 1,219 | 2.1 | 82.5 |
| 92-115 | 309 | 0.5 | 83.1 |
| 97-121 | 609 | 1.0 | 84.1 |
| 100-125 | 341 | 0.6 | 84.7 |
| 108-135 | 1,120 | 1.9 | 86.6 |
| 110-137 | 226 | 0.4 | 87.0 |
| 120-150 | 128 | 0.2 | 87.2 |
| 121-151 | 779 | 1.3 | 88.5 |
| 130-162 | 98 | 0.2 | 88.7 |
| 135-168 | 978 | 1.7 | 90.4 |
| 140-175 | 133 | 0.2 | 90.6 |
| 151-188 | 1,143 | 2.0 | 92.6 |
| 168-210 | 789 | 1.3 | 93.9 |
| 188-235 | 965 | 1.7 | 95.6 |
| 210-262 | 468 | 0.8 | 96.4 |
| 235-293 | 378 | 0.6 | 97.0 |
| 262-327 | 752 | 1.3 | 98.3 |
| 292-365 | 273 | 0.5 | 98.8 |
| 324-405 | 137 | 0.2 | 99.0 |
| 360-Life | 404 | 0.7 | 99.7 |
| Life | 183 | 0.3 | 100.0 |
| **TOTAL** | **58,455** | **100.0** | -- |

[1] Of the 70,258 cases, the Commission received complete guideline application information for 58,463. Of these, eight were excluded due to missing sentencing range. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2003 Datafile, USSCFY03.

**Table 13**

**AVERAGE SENTENCE LENGTH IN EACH PRIMARY OFFENSE CATEGORY[1]**
Fiscal Year 2005, Pre-*Booker* (October 1, 2004, through January 11, 2005)

| PRIMARY OFFENSE | Mean Months | Median Months | Number |
|---|---|---|---|
| **TOTAL** | **46.3** | **24.0** | **18,678** |
| Murder | 189.3 | 120.0 | 28 |
| Manslaughter | 25.9 | 24.0 | 9 |
| Kidnapping/Hostage Taking | 149.3 | 114.0 | 18 |
| Sexual Abuse | 75.4 | 58.5 | 98 |
| Assault | 27.7 | 21.0 | 143 |
| Robbery | 79.6 | 63.0 | 348 |
| Arson | 67.3 | 60.0 | 11 |
| Drugs - Trafficking | 76.4 | 54.0 | 5,962 |
| Drugs - Communication Facility | 38.7 | 48.0 | 77 |
| Drugs - Simple Possession | 4.5 | 2.0 | 309 |
| Firearms | 71.8 | 46.0 | 2,250 |
| Burglary/B&E | 14.3 | 15.0 | 9 |
| Auto Theft | 27.9 | 28.5 | 20 |
| Larceny | 6.6 | 0.0 | 485 |
| Fraud | 14.9 | 7.0 | 1,724 |
| Embezzlement | 6.7 | 4.0 | 164 |
| Forgery/Counterfeiting | 14.1 | 11.0 | 286 |
| Bribery | 14.0 | 6.0 | 41 |
| Tax | 11.0 | 9.0 | 142 |
| Money Laundering | 28.1 | 18.0 | 216 |
| Racketeering/Extortion | 74.8 | 48.0 | 190 |
| Gambling/Lottery | 6.2 | 6.0 | 23 |
| Civil Rights | 11.9 | 6.0 | 26 |
| Immigration | 21.6 | 18.0 | 4,836 |
| Pornography/Prostitution | 75.0 | 57.0 | 298 |
| Prison Offenses | 19.2 | 13.0 | 89 |
| Administration of Justice Offenses | 15.2 | 8.0 | 262 |
| Environmental/Wildlife | 3.5 | 0.0 | 48 |
| National Defense | 19.3 | 17.0 | 8 |
| Antitrust | 3.5 | 4.5 | 6 |
| Food & Drug | 12.0 | 0.0 | 21 |
| Other Miscellaneous Offenses | 7.3 | 0.0 | 531 |

[1] Of the 18,788 cases, 110 were excluded due to one or both of the following reasons: missing primary offense (30) or missing or indeterminable sentencing information (97). Sentences of probation only are included in this table as zero months of imprisonment. In addition, the information presented in this table includes time of confinement as defined in USSG §5C1.1. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2005 Datafile, USSCFY05, Pre-*Booker* Only Cases (October 1, 2004, through January 11, 2005).

Table 14

## AVERAGE LENGTH OF IMPRISONMENT FOR OFFENDERS IN EACH CRIMINAL HISTORY CATEGORY BY PRIMARY OFFENSE CATEGORY[1]
### Fiscal Year 2005, Pre-*Booker* (October 1, 2004, through January 11, 2005)

| PRIMARY OFFENSE | TOTAL Mean Mths | TOTAL Median Mths | TOTAL n | CHC I Mean Mths | CHC I Median Mths | CHC I n | CHC II Mean Mths | CHC II Median Mths | CHC II n | CHC III Mean Mths | CHC III Median Mths | CHC III n |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 53.9 | 32.0 | 15,456 | 38.0 | 24.0 | 6,297 | 46.8 | 27.0 | 1,946 | 50.5 | 30.0 | 2,747 |
| Murder | 175.3 | 114.0 | 26 | 140.3 | 97.0 | 15 | 204.7 | 108.0 | 3 | 238.0 | 136.0 | 3 |
| Manslaughter | 25.9 | 24.0 | 9 | 19.6 | 24.0 | 5 | -- | -- | 1 | -- | -- | 1 |
| Kidnapping/Hostage Taking | 149.3 | 114.0 | 18 | 81.2 | 74.5 | 12 | -- | -- | 2 | -- | -- | 2 |
| Sexual Abuse | 77.3 | 60.0 | 84 | 63.9 | 60.0 | 63 | 99.0 | 60.0 | 3 | 68.6 | 30.0 | 9 |
| Assault | 36.5 | 30.0 | 93 | 20.0 | 24.0 | 33 | 29.1 | 30.0 | 16 | 30.6 | 25.5 | 16 |
| Robbery | 85.1 | 70.0 | 316 | 54.4 | 41.0 | 78 | 54.9 | 51.0 | 31 | 65.1 | 51.0 | 49 |
| Arson | 67.3 | 60.0 | 11 | 73.8 | 60.0 | 5 | -- | -- | 1 | -- | -- | 2 |
| Drugs - Trafficking | 79.0 | 57.0 | 5,648 | 51.0 | 37.0 | 2,985 | 80.1 | 60.0 | 694 | 91.9 | 63.0 | 827 |
| Drugs - Communication Facility | 42.2 | 48.0 | 69 | 38.0 | 48.0 | 24 | 32.9 | 33.0 | 14 | 48.1 | 48.0 | 9 |
| Drugs - Simple Possession | 11.7 | 6.0 | 64 | 11.0 | 6.0 | 25 | 9.3 | 6.0 | 9 | 3.9 | 2.0 | 8 |
| Firearms | 74.4 | 50.0 | 2,035 | 51.8 | 24.0 | 337 | 47.1 | 27.0 | 190 | 53.3 | 37.0 | 421 |
| Burglary/B&E | 16.1 | 17.5 | 8 | 14.8 | 16.0 | 4 | -- | -- | 0 | -- | -- | 1 |
| Auto Theft | 28.9 | 30.0 | 19 | 23.3 | 25.5 | 4 | -- | -- | 2 | 27.3 | 27.0 | 4 |
| Larceny | 16.0 | 12.0 | 167 | 13.8 | 6.0 | 58 | 15.9 | 11.4 | 22 | 14.1 | 12.0 | 29 |
| Fraud | 22.2 | 15.0 | 1,056 | 20.1 | 12.0 | 602 | 22.5 | 13.0 | 116 | 23.1 | 16.0 | 141 |
| Embezzlement | 9.9 | 5.5 | 76 | 9.4 | 5.0 | 66 | 15.4 | 12.0 | 7 | -- | -- | 2 |
| Forgery/Counterfeiting | 18.2 | 15.0 | 199 | 12.1 | 11.0 | 62 | 14.4 | 13.5 | 22 | 15.7 | 18.0 | 39 |
| Bribery | 22.2 | 21.0 | 23 | 17.7 | 21.0 | 19 | -- | -- | 2 | -- | -- | 1 |
| Tax | 17.2 | 15.0 | 76 | 15.4 | 12.5 | 64 | 21.0 | 21.0 | 3 | 29.6 | 24.0 | 7 |
| Money Laundering | 35.3 | 27.0 | 166 | 31.1 | 24.0 | 135 | 50.4 | 33.0 | 18 | 43.4 | 40.0 | 9 |
| Racketeering/Extortion | 86.0 | 60.0 | 164 | 55.0 | 37.0 | 81 | 85.1 | 60.0 | 23 | 86.4 | 60.0 | 16 |
| Gambling/Lottery | 16.3 | 14.0 | 4 | 10.7 | 4.0 | 3 | -- | -- | 1 | -- | -- | 0 |
| Civil Rights | 22.9 | 18.5 | 12 | 20.7 | 16.0 | 7 | 14.3 | 12.0 | 3 | -- | -- | 0 |
| Immigration | 23.2 | 18.0 | 4,435 | 10.6 | 6.2 | 1,212 | 18.5 | 15.0 | 709 | 22.9 | 21.0 | 1,070 |
| Pornography/Prostitution | 75.7 | 57.0 | 287 | 66.4 | 46.0 | 232 | 89.0 | 78.0 | 23 | 105.6 | 108.0 | 18 |
| Prison Offenses | 20.8 | 15.0 | 81 | 34.7 | 33.5 | 6 | -- | -- | 0 | 11.1 | 12.0 | 19 |
| Administration of Justice Offenses | 22.9 | 18.0 | 157 | 17.8 | 15.0 | 87 | 21.2 | 18.0 | 15 | 25.7 | 18.0 | 18 |
| Environmental/Wildlife | 13.5 | 9.0 | 8 | 12.0 | 6.0 | 7 | -- | -- | 1 | -- | -- | 0 |
| National Defense | 23.2 | 21.0 | 6 | 17.6 | 18.0 | 5 | -- | -- | 0 | -- | -- | 0 |
| Antitrust | 5.3 | 5.5 | 4 | 5.3 | 5.5 | 4 | -- | -- | 0 | -- | -- | 0 |
| Food & Drug | 28.9 | 14.0 | 8 | 28.9 | 14.0 | 8 | -- | -- | 0 | -- | -- | 0 |
| Other Miscellaneous Offenses | 25.2 | 16.0 | 127 | 15.0 | 10.0 | 49 | 21.9 | 10.0 | 15 | 26.8 | 18.0 | 26 |

[1] Of the 18,788 cases, 2,492 with zero months of prison ordered were excluded. In addition, 840 cases were excluded due to one or more of the following reasons: missing primary offense category (29), missing criminal history category (691), or missing or indeterminable sentencing information (239). The information in this table does not include any time of confinement as defined in USSG §5C1.1. Descriptions of variables used in this table are provided in Appendix A.

## Table 14 (cont.)

|  | CRIMINAL HISTORY CATEGORY | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | IV | | | V | | | VI (non-career offender) | | | VI (career offender)[2] | | |
| PRIMARY OFFENSE | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n |
| TOTAL | 59.5 | 37.0 | 1,675 | 69.6 | 50.0 | 1,043 | 80.6 | 60.0 | 1,312 | 196.9 | 180.0 | 436 |
| Murder | -- | -- | 2 | -- | -- | 1 | -- | -- | 1 | -- | -- | 1 |
| Manslaughter | -- | -- | 2 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Kidnapping/Hostage Taking | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 | -- | -- | 2 |
| Sexual Abuse | 79.4 | 70.0 | 3 | 213.5 | 235.0 | 4 | -- | -- | 2 | -- | -- | 0 |
| Assault | 58.0 | 49.0 | 8 | 39.3 | 34.5 | 4 | 41.8 | 41.0 | 5 | 86.5 | 77.0 | 11 |
| Robbery | 81.0 | 70.0 | 43 | 84.5 | 81.0 | 28 | 93.7 | 84.0 | 39 | 172.3 | 151.0 | 48 |
| Arson | -- | -- | 1 | -- | -- | 2 | -- | -- | 0 | -- | -- | 0 |
| Drugs - Trafficking | 112.0 | 84.0 | 392 | 128.0 | 100.0 | 221 | 134.9 | 120.0 | 217 | 195.1 | 188.0 | 312 |
| Drugs - Communication Facility | 32.8 | 25.0 | 8 | 34.0 | 30.0 | 3 | 61.1 | 48.0 | 9 | -- | -- | 2 |
| Drugs - Simple Possession | 13.1 | 5.3 | 9 | 9.2 | 7.0 | 3 | 21.4 | 12.0 | 10 | -- | -- | 0 |
| Firearms | 67.9 | 46.0 | 359 | 76.8 | 60.0 | 265 | 107.1 | 84.0 | 421 | 302.2 | 240.0 | 42 |
| Burglary/B&E | -- | -- | 1 | -- | -- | 2 | -- | -- | 0 | -- | -- | 0 |
| Auto Theft | -- | -- | 2 | 26.1 | 24.0 | 4 | 37.0 | 30.0 | 3 | -- | -- | 0 |
| Larceny | 14.7 | 12.0 | 17 | 16.2 | 13.5 | 16 | 24.5 | 24.0 | 25 | -- | -- | 0 |
| Fraud | 22.7 | 15.0 | 78 | 23.8 | 20.0 | 31 | 34.0 | 27.5 | 88 | -- | -- | 0 |
| Embezzlement | -- | -- | 0 | -- | -- | 0 | -- | -- | 1 | -- | -- | 0 |
| Forgery/Counterfeiting | 25.3 | 19.5 | 26 | 23.2 | 20.0 | 17 | 27.0 | 24.0 | 33 | -- | -- | 0 |
| Bribery | -- | -- | 0 | -- | -- | 0 | -- | -- | 1 | -- | -- | 0 |
| Tax | -- | -- | 1 | -- | -- | 1 | -- | -- | 0 | -- | -- | 0 |
| Money Laundering | -- | -- | 2 | -- | -- | 1 | -- | -- | 1 | -- | -- | 0 |
| Racketeering/Extortion | 143.7 | 120.0 | 9 | 89.7 | 60.0 | 13 | 167.6 | 161.5 | 16 | 196.3 | 130.0 | 6 |
| Gambling/Lottery | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Civil Rights | -- | -- | 1 | -- | -- | 0 | -- | -- | 1 | -- | -- | 0 |
| Immigration | 30.3 | 24.0 | 663 | 39.6 | 30.0 | 392 | 42.7 | 33.0 | 389 | -- | -- | 0 |
| Pornography/Prostitution | 202.5 | 185.0 | 6 | 148.7 | 85.5 | 6 | -- | -- | 2 | -- | -- | 0 |
| Prison Offenses | 12.4 | 8.0 | 13 | 22.2 | 25.0 | 12 | 24.6 | 15.0 | 25 | 37.7 | 39.0 | 6 |
| Administration of Justice Offenses | 19.7 | 18.0 | 19 | 36.6 | 36.0 | 7 | 57.8 | 33.0 | 11 | -- | -- | 0 |
| Environmental/Wildlife | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| National Defense | -- | -- | 0 | -- | -- | 1 | -- | -- | 0 | -- | -- | 0 |
| Antitrust | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Food & Drug | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Other Miscellaneous Offenses | 24.7 | 10.0 | 10 | 22.2 | 24.0 | 9 | 42.1 | 27.0 | 12 | 81.8 | 90.0 | 6 |

[2] Career offender information is based on the recommendation of the probation officer in the PSR, if information from the sentencing court was missing or unavailable. As a result, the number of career offenders represented here is higher than the number reported in Tables 20 and 22.

SOURCE: U.S. Sentencing Commission, 2005 Datafile, USSCFY05, Pre-*Booker* Only Cases (October 1, 2004, through January 11, 2005).

Table 23

## OFFENDERS IN EACH GUIDELINE SENTENCING RANGE[1]
### Fiscal Year 2005, Pre-*Booker* (October 1, 2004, through January 11, 2005)

| FINAL GUIDELINE RANGE (in months) | Number | Percent | Cumulative Percent |
|---|---|---|---|
| 0-6 | 1,369 | 9.0 | 9.0 |
| 1-7 | 158 | 1.0 | 10.0 |
| 2-8 | 220 | 1.4 | 11.5 |
| 3-9 | 1 | 0.0 | 11.5 |
| 4-10 | 171 | 1.1 | 12.6 |
| 6-12 | 667 | 4.4 | 17.0 |
| 8-14 | 254 | 1.7 | 18.7 |
| 9-15 | 32 | 0.2 | 18.9 |
| 10-16 | 579 | 3.8 | 22.7 |
| 12-18 | 727 | 4.8 | 27.5 |
| 15-21 | 604 | 4.0 | 31.4 |
| 18-24 | 750 | 4.9 | 36.4 |
| 21-27 | 354 | 2.3 | 38.7 |
| 24-30 | 694 | 4.6 | 43.3 |
| 27-33 | 334 | 2.2 | 45.5 |
| 30-37 | 701 | 4.6 | 50.1 |
| 33-41 | 296 | 1.9 | 52.0 |
| 37-46 | 753 | 5.0 | 57.0 |
| 41-51 | 410 | 2.7 | 59.7 |
| 46-57 | 997 | 6.6 | 66.2 |
| 51-63 | 316 | 2.1 | 68.3 |
| 57-71 | 687 | 4.5 | 72.8 |
| 63-78 | 203 | 1.3 | 74.2 |
| 70-87 | 686 | 4.5 | 78.7 |
| 77-96 | 247 | 1.6 | 80.3 |
| 78-97 | 119 | 0.8 | 81.1 |
| 84-105 | 119 | 0.8 | 81.9 |
| 87-108 | 318 | 2.1 | 83.9 |
| 92-115 | 94 | 0.6 | 84.6 |
| 97-121 | 148 | 1.0 | 85.5 |
| 100-125 | 111 | 0.7 | 86.3 |
| 108-135 | 258 | 1.7 | 88.0 |
| 110-137 | 62 | 0.4 | 88.4 |
| 120-150 | 23 | 0.2 | 88.5 |
| 121-151 | 189 | 1.2 | 89.8 |
| 130-162 | 32 | 0.2 | 90.0 |
| 135-168 | 215 | 1.4 | 91.4 |
| 140-175 | 34 | 0.2 | 91.6 |
| 151-188 | 259 | 1.7 | 93.3 |
| 168-210 | 203 | 1.3 | 94.6 |
| 188-235 | 257 | 1.7 | 96.3 |
| 210-262 | 100 | 0.7 | 97.0 |
| 235-293 | 61 | 0.4 | 97.4 |
| 262-327 | 168 | 1.1 | 98.5 |
| 292-365 | 68 | 0.4 | 98.9 |
| 324-405 | 27 | 0.2 | 99.1 |
| 360-Life | 99 | 0.7 | 99.8 |
| Life | 34 | 0.2 | 100.0 |
| **TOTAL** | **15,208** | **100.0** | -- |

[1] Of the 18,788 cases, the Commission received complete guideline application information for 15,212. Of these, four were excluded due to missing sentencing range. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2005 Datafile, USSCFY05, Pre-*Booker* Only Cases (October 1, 2004, through January 11, 2005).

Table 13

## AVERAGE SENTENCE LENGTH IN EACH PRIMARY OFFENSE CATEGORY[1]
### Fiscal Year 2005, Post-*Booker* (January 12, 2005, through September 30, 2005)

| PRIMARY OFFENSE | Mean Months | Median Months | Number |
|---|---|---|---|
| TOTAL | 51.1 | 28.0 | 53,556 |
| Murder | 228.4 | 180.0 | 63 |
| Manslaughter | 45.9 | 36.0 | 42 |
| Kidnapping/Hostage Taking | 224.6 | 199.0 | 24 |
| Sexual Abuse | 90.1 | 54.0 | 237 |
| Assault | 36.8 | 27.0 | 455 |
| Robbery | 93.5 | 72.0 | 1,018 |
| Arson | 75.3 | 60.0 | 40 |
| Drugs - Trafficking | 81.7 | 60.0 | 18,337 |
| Drugs - Communication Facility | 34.7 | 32.0 | 309 |
| Drugs - Simple Possession | 7.0 | 2.0 | 716 |
| Firearms | 76.1 | 46.0 | 6,378 |
| Burglary/B&E | 16.6 | 15.0 | 29 |
| Auto Theft | 58.0 | 25.0 | 47 |
| Larceny | 9.8 | 4.0 | 1,420 |
| Fraud | 17.2 | 10.0 | 5,068 |
| Embezzlement | 7.7 | 4.0 | 412 |
| Forgery/Counterfeiting | 14.1 | 9.0 | 795 |
| Bribery | 13.7 | 10.0 | 157 |
| Tax | 13.5 | 9.0 | 460 |
| Money Laundering | 36.6 | 21.0 | 716 |
| Racketeering/Extortion | 78.0 | 48.0 | 522 |
| Gambling/Lottery | 5.1 | 6.0 | 82 |
| Civil Rights | 53.6 | 15.5 | 46 |
| Immigration | 22.2 | 18.0 | 12,851 |
| Pornography/Prostitution | 78.6 | 60.0 | 900 |
| Prison Offenses | 17.2 | 12.0 | 278 |
| Administration of Justice Offenses | 15.9 | 8.0 | 781 |
| Environmental/Wildlife | 3.8 | 0.0 | 131 |
| National Defense | 100.4 | 18.0 | 19 |
| Antitrust | 9.8 | 10.0 | 12 |
| Food & Drug | 5.5 | 0.0 | 57 |
| Other Miscellaneous Offenses | 7.1 | 0.0 | 1,154 |

[1] Of the 53,674 cases, 118 were excluded due to one or both of the following reasons: missing primary offense (24) or missing or indeterminable sentencing information (107). Sentences of probation only are included in this table as zero months of imprisonment. In addition, the information presented in this table includes time of confinement as defined in USSG §5C1.1. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2005 Datafile, USSCFY05, Post-*Booker* Only Cases (January 12, 2005, through September 30, 2005).

Table 14

## AVERAGE LENGTH OF IMPRISONMENT FOR OFFENDERS IN EACH CRIMINAL HISTORY CATEGORY BY PRIMARY OFFENSE CATEGORY[1]
### Fiscal Year 2005, Post-*Booker* (January 12, 2005, through September 30, 2005)

| PRIMARY OFFENSE | TOTAL | | | CRIMINAL HISTORY CATEGORY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | I | | | II | | | III | | |
| | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n |
| TOTAL | 59.0 | 36.0 | 45,638 | 43.1 | 24.0 | 19,158 | 49.0 | 30.0 | 5,639 | 56.5 | 36.0 | 7,687 |
| Murder | 220.4 | 168.0 | 61 | 154.9 | 117.5 | 32 | 277.0 | 240.0 | 9 | 307.0 | 240.0 | 8 |
| Manslaughter | 45.9 | 36.0 | 42 | 43.4 | 33.0 | 26 | 46.5 | 30.0 | 4 | 38.3 | 28.0 | 6 |
| Kidnapping/Hostage Taking | 213.9 | 188.0 | 23 | 197.3 | 188.0 | 16 | -- | -- | 1 | -- | -- | 2 |
| Sexual Abuse | 96.3 | 60.0 | 221 | 80.6 | 50.0 | 149 | 94.5 | 44.0 | 34 | 88.2 | 74.5 | 10 |
| Assault | 45.4 | 36.5 | 364 | 32.7 | 27.0 | 144 | 31.5 | 29.0 | 40 | 50.4 | 41.0 | 53 |
| Robbery | 95.5 | 74.5 | 994 | 57.1 | 46.0 | 253 | 60.0 | 49.0 | 86 | 80.2 | 63.0 | 149 |
| Arson | 75.2 | 60.0 | 40 | 82.7 | 60.0 | 24 | -- | -- | 1 | 40.6 | 37.0 | 7 |
| Drugs - Trafficking | 84.4 | 60.0 | 17,661 | 57.9 | 42.0 | 9,108 | 82.1 | 63.0 | 2,099 | 96.6 | 72.0 | 2,688 |
| Drugs - Communication Facility | 41.3 | 41.0 | 252 | 36.0 | 37.0 | 104 | 35.3 | 41.0 | 27 | 39.7 | 41.0 | 39 |
| Drugs - Simple Possession | 22.1 | 6.0 | 171 | 12.6 | 6.0 | 59 | 12.5 | 4.0 | 17 | 22.2 | 5.5 | 32 |
| Firearms | 81.3 | 48.0 | 5,821 | 64.6 | 24.0 | 1,021 | 48.1 | 27.0 | 562 | 53.5 | 36.0 | 1,116 |
| Burglary/B&E | 19.1 | 19.5 | 24 | 9.7 | 6.0 | 9 | -- | -- | 2 | 24.3 | 27.0 | 7 |
| Auto Theft | 61.6 | 26.0 | 44 | 26.2 | 13.0 | 18 | 48.0 | 36.0 | 3 | 87.5 | 83.0 | 4 |
| Larceny | 20.2 | 13.0 | 604 | 18.4 | 12.0 | 260 | 14.9 | 12.0 | 75 | 21.0 | 14.0 | 97 |
| Fraud | 23.7 | 15.0 | 3,404 | 20.8 | 12.0 | 2,109 | 20.8 | 12.0 | 327 | 25.5 | 18.0 | 402 |
| Embezzlement | 13.1 | 10.0 | 192 | 12.1 | 6.0 | 161 | 15.0 | 12.0 | 16 | 25.1 | 24.0 | 9 |
| Forgery/Counterfeiting | 19.8 | 15.0 | 526 | 14.1 | 12.0 | 166 | 13.7 | 14.0 | 69 | 16.5 | 15.0 | 77 |
| Bribery | 21.2 | 15.0 | 89 | 21.0 | 15.0 | 78 | 23.8 | 17.0 | 10 | -- | -- | 0 |
| Tax | 19.8 | 12.0 | 265 | 17.5 | 12.0 | 217 | 29.4 | 18.0 | 27 | 31.6 | 30.0 | 11 |
| Money Laundering | 46.0 | 30.0 | 557 | 39.9 | 27.0 | 434 | 62.3 | 41.0 | 54 | 55.5 | 30.0 | 41 |
| Racketeering/Extortion | 85.8 | 57.0 | 461 | 59.4 | 36.0 | 247 | 81.9 | 60.0 | 52 | 117.7 | 64.5 | 66 |
| Gambling/Lottery | 11.1 | 12.0 | 22 | 11.3 | 12.0 | 11 | 6.7 | 4.0 | 3 | 13.5 | 13.5 | 6 |
| Civil Rights | 80.1 | 21.5 | 30 | 77.1 | 21.0 | 28 | -- | -- | 2 | -- | -- | 0 |
| Immigration | 23.7 | 18.0 | 11,863 | 11.0 | 7.0 | 3,318 | 18.2 | 15.0 | 1,978 | 23.2 | 20.0 | 2,665 |
| Pornography/Prostitution | 82.4 | 60.0 | 849 | 67.5 | 60.0 | 680 | 116.9 | 108.0 | 65 | 102.3 | 84.0 | 50 |
| Prison Offenses | 18.3 | 14.5 | 252 | 14.3 | 5.5 | 10 | 8.0 | 10.0 | 5 | 9.9 | 8.0 | 47 |
| Administration of Justice Offenses | 24.4 | 15.0 | 470 | 19.6 | 12.0 | 278 | 23.1 | 15.0 | 37 | 20.7 | 14.0 | 66 |
| Environmental/Wildlife | 11.8 | 6.0 | 30 | 9.5 | 5.9 | 19 | -- | -- | 1 | 8.8 | 6.0 | 5 |
| National Defense | 126.7 | 27.0 | 15 | 20.5 | 17.3 | 10 | -- | -- | 1 | -- | -- | 0 |
| Antitrust | 11.1 | 10.0 | 8 | 11.1 | 10.0 | 8 | -- | -- | 0 | -- | -- | 0 |
| Food & Drug | 19.8 | 16.0 | 12 | 19.3 | 10.5 | 8 | 22.7 | 19.0 | 3 | -- | -- | 1 |
| Other Miscellaneous Offenses | 25.3 | 14.0 | 271 | 19.7 | 10.0 | 153 | 15.4 | 12.0 | 29 | 28.1 | 18.0 | 23 |

[1] Of the 53,674 cases, 6,776 with zero months of prison ordered were excluded. In addition, 1,260 cases were excluded due to one or more of the following reasons: missing primary offense category (22), missing criminal history category (1,024), or missing or indeterminable sentencing information (435). The information in this table does not include any time of confinement as defined in USSG §5C1.1. Descriptions of variables used in this table are provided in Appendix A.

## Table 14 (cont.)

| PRIMARY OFFENSE | CRIMINAL HISTORY CATEGORY | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IV | | | V | | | VI (non-career offender) | | | VI (career offender)[2] | | |
| | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n |
| **TOTAL** | **64.2** | **42.0** | **4,816** | **72.8** | **51.0** | **2,906** | **90.4** | **63.0** | **3,782** | **179.2** | **152.0** | **1,650** |
| Murder | 376.7 | 470.0 | 3 | -- | -- | 2 | 316.0 | 360.0 | 3 | 297.5 | 240.0 | 4 |
| Manslaughter | -- | -- | 2 | -- | -- | 0 | 64.7 | 37.0 | 3 | -- | -- | 1 |
| Kidnapping/Hostage Taking | -- | -- | 1 | -- | -- | 1 | -- | -- | 1 | -- | -- | 1 |
| Sexual Abuse | 112.3 | 108.0 | 3 | 200.3 | 162.0 | 16 | 104.6 | 72.0 | 5 | 279.0 | 300.0 | 4 |
| Assault | 37.3 | 33.0 | 46 | 50.0 | 51.0 | 15 | 73.6 | 60.0 | 28 | 87.9 | 77.0 | 38 |
| Robbery | 89.5 | 72.0 | 103 | 102.6 | 84.0 | 63 | 105.8 | 92.0 | 150 | 167.4 | 151.0 | 190 |
| Arson | -- | -- | 2 | 73.3 | 70.0 | 3 | -- | -- | 2 | -- | -- | 1 |
| Drugs - Trafficking | 112.2 | 92.0 | 1,272 | 121.0 | 100.0 | 636 | 147.5 | 120.0 | 685 | 179.8 | 156.0 | 1,173 |
| Drugs - Communication Facility | 47.5 | 46.0 | 27 | 43.6 | 48.0 | 21 | 55.7 | 48.0 | 19 | 61.1 | 41.0 | 15 |
| Drugs - Simple Possession | 36.6 | 7.0 | 21 | 30.2 | 12.0 | 23 | 33.8 | 16.0 | 19 | -- | -- | 0 |
| Firearms | 75.7 | 46.0 | 1,005 | 84.7 | 63.0 | 732 | 116.6 | 87.0 | 1,233 | 254.5 | 240.0 | 152 |
| Burglary/B&E | -- | -- | 1 | -- | -- | 1 | 27.8 | 30.5 | 4 | -- | -- | 0 |
| Auto Theft | 46.6 | 25.0 | 7 | 143.0 | 120.0 | 5 | 39.3 | 36.5 | 6 | -- | -- | 1 |
| Larceny | 18.3 | 15.0 | 63 | 26.7 | 21.0 | 45 | 30.0 | 24.0 | 64 | -- | -- | 0 |
| Fraud | 28.6 | 18.0 | 198 | 31.9 | 24.0 | 131 | 42.3 | 33.0 | 237 | -- | -- | 0 |
| Embezzlement | 12.7 | 12.0 | 3 | -- | -- | 1 | -- | -- | 2 | -- | -- | 0 |
| Forgery/Counterfeiting | 18.9 | 15.0 | 63 | 27.3 | 20.0 | 41 | 32.1 | 25.5 | 110 | -- | -- | 0 |
| Bribery | -- | -- | 0 | -- | -- | 1 | -- | -- | 0 | -- | -- | 0 |
| Tax | 15.8 | 14.0 | 5 | -- | -- | 1 | 49.2 | 45.5 | 4 | -- | -- | 0 |
| Money Laundering | 117.1 | 72.0 | 17 | 79.2 | 73.5 | 6 | 42.0 | 33.0 | 5 | -- | -- | 0 |
| Racketeering/Extortion | 117.7 | 63.0 | 29 | 134.1 | 60.0 | 21 | 127.0 | 84.5 | 24 | 162.0 | 132.5 | 22 |
| Gambling/Lottery | -- | -- | 1 | -- | -- | 0 | -- | -- | 1 | -- | -- | 0 |
| Civil Rights | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Immigration | 31.2 | 24.0 | 1,809 | 39.9 | 34.0 | 1,051 | 46.1 | 41.0 | 1,040 | -- | -- | 2 |
| Pornography/Prostitution | 143.2 | 120.0 | 21 | 283.9 | 180.0 | 20 | 213.4 | 162.0 | 11 | -- | -- | 2 |
| Prison Offenses | 10.7 | 9.6 | 48 | 17.1 | 18.0 | 37 | 23.1 | 19.5 | 76 | 36.6 | 37.0 | 29 |
| Administration of Justice Offenses | 34.0 | 24.0 | 36 | 27.7 | 20.5 | 22 | 56.0 | 36.0 | 27 | 116.3 | 71.5 | 4 |
| Environmental/Wildlife | 9.0 | 8.0 | 4 | -- | -- | 1 | -- | -- | 0 | -- | -- | 0 |
| National Defense | -- | -- | 0 | -- | -- | 0 | -- | -- | 2 | -- | -- | 2 |
| Antitrust | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Food & Drug | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Other Miscellaneous Offenses | 22.1 | 15.0 | 26 | 24.1 | 18.0 | 10 | 54.9 | 36.0 | 21 | 88.1 | 77.0 | 9 |

[2] Career offender information is based on the recommendation of the probation officer in the PSR, if information from the sentencing court was missing or unavailable. As a result, the number of career offenders represented here is higher than the number reported in Tables 20 and 22.

SOURCE: U.S. Sentencing Commission, 2005 Datafile, USSCFY05, Post-*Booker* Only Cases (January 12, 2005, through September 30, 2005).

Table 23

# OFFENDERS IN EACH GUIDELINE SENTENCING RANGE[1]
## Fiscal Year 2005, Post-*Booker* (January 12, 2005, through September 30, 2005)

| FINAL GUIDELINE RANGE (in months) | Number | Percent | Cumulative Percent |
|---|---|---|---|
| 0-6 | 3,705 | 8.0 | 8.0 |
| 1-7 | 543 | 1.2 | 9.2 |
| 2-8 | 530 | 1.1 | 10.3 |
| 3-9 | 2 | 0.0 | 10.3 |
| 4-10 | 369 | 0.8 | 11.1 |
| 6-12 | 1,807 | 3.9 | 15.0 |
| 8-14 | 690 | 1.5 | 16.5 |
| 9-15 | 67 | 0.1 | 16.7 |
| 10-16 | 1,821 | 3.9 | 20.6 |
| 12-18 | 2,106 | 4.6 | 25.2 |
| 15-21 | 1,619 | 3.5 | 28.7 |
| 18-24 | 2,035 | 4.4 | 33.1 |
| 21-27 | 1,069 | 2.3 | 35.4 |
| 24-30 | 1,960 | 4.2 | 39.6 |
| 27-33 | 981 | 2.1 | 41.7 |
| 30-37 | 1,995 | 4.3 | 46.1 |
| 33-41 | 936 | 2.0 | 48.1 |
| 37-46 | 2,291 | 5.0 | 53.0 |
| 41-51 | 1,280 | 2.8 | 55.8 |
| 46-57 | 2,820 | 6.1 | 61.9 |
| 51-63 | 999 | 2.2 | 64.1 |
| 57-71 | 2,162 | 4.7 | 68.7 |
| 63-78 | 813 | 1.8 | 70.5 |
| 70-87 | 2,265 | 4.9 | 75.4 |
| 77-96 | 720 | 1.6 | 77.0 |
| 78-97 | 446 | 1.0 | 77.9 |
| 84-105 | 420 | 0.9 | 78.8 |
| 87-108 | 1,002 | 2.2 | 81.0 |
| 92-115 | 304 | 0.7 | 81.6 |
| 97-121 | 536 | 1.2 | 82.8 |
| 100-125 | 264 | 0.6 | 83.4 |
| 108-135 | 931 | 2.0 | 85.4 |
| 110-137 | 179 | 0.4 | 85.8 |
| 120-150 | 117 | 0.3 | 86.0 |
| 121-151 | 594 | 1.3 | 87.3 |
| 130-162 | 87 | 0.2 | 87.5 |
| 135-168 | 912 | 2.0 | 89.5 |
| 140-175 | 143 | 0.3 | 89.8 |
| 151-188 | 877 | 1.9 | 91.7 |
| 168-210 | 673 | 1.5 | 93.1 |
| 188-235 | 868 | 1.9 | 95.0 |
| 210-262 | 402 | 0.9 | 95.9 |
| 235-293 | 345 | 0.7 | 96.6 |
| 262-327 | 695 | 1.5 | 98.1 |
| 292-365 | 215 | 0.5 | 98.6 |
| 324-405 | 117 | 0.3 | 98.8 |
| 360-Life | 390 | 0.8 | 99.7 |
| Life | 142 | 0.3 | 100.0 |
| **TOTAL** | **46,244** | **100.0** | -- |

[1] Of the 53,674 cases, the Commission received complete guideline application information for 46,252. Of these, eight were excluded due to missing sentencing range. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2005 Datafile, USSCFY05, Post-*Booker* Only Cases (January 12, 2005, through September 30, 2005).