Jane Simkin Smith
P.O. Box 1277
Millbrook, New York 12545
845 724 3415
Fax: 845 724 3417
jssmith1@optonline.net

September 11, 2006

Hon. Stefan R. Underhill
United States District Court
District of Connecticut
915 Lafayette Blvd.
Bridgeport, Connecticut 06604

    Re: Cirasuolo v. United States, 305 CV 615
        (Related to United States v. Cirasuolo, 3:01 CR-85 (SRU))

Dear Judge Underhill:

    After the resentencing of Mr. Cirasuolo on August 16, 2006, I submitted a CJA voucher to the Clerk in Hartford. The voucher was returned to me today with the explanation that I made claims for work and expenses incurred prior to the date of your order appointing me (which was by electronic endorsement dated May 10, 2005), and that because the appointment order was not made "nunc pro tunc", no fees prior to the date of the order could be authorized.

    I spoke with Bonnie D'Onofrio, CJA Audit Clerk, and she advises that, if the Court either modifies the May 10, 2005 order, or issues a new order making the appointment "nunc pro tunc" to December 2, 2004 (the earliest date I incurred expenses on Mr. Cirasuolo's behalf), the voucher would be approved. I am, therefore, asking for such a nunc pro tunc order.

    I moved to be appointed after I filed the §2255 petition. Prior to the appointment date of May 10, 2005, I spent 17 hours obtaining and reviewing medical records, corresponding with Mr. Cirasuolo, and preparing the §2255 petition; I also paid $25 to obtain medical records from Wyatt Detention Facility in Central Falls, Rhode Island.

    Thank you for your attention to this matter.

                                Sincerely,

                                Jane Simkin Smith
                                Attorney for John Cirasuolo